# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHEILA M. RUBLE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:04CV3293** |
| vs. | ) | |
| | ) | **ORDER** |
| **STATE FARM LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **JEFFREY PAUL RUBLE and** | ) | |
| **TIMOTHY KYLE RUBLE,** | ) | |
| | ) | |
| **Intevenors.** | ) | |

Upon the oral request of counsel for the defendant and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for November 18, 2005, at 10:00 a.m. is hereby **rescheduled to November 18, 2005 at 3:45 p.m.**

DATED this 7th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge